**FILED**
SEP 2 2 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 4:22-cr-138 |
| | ) | |
| v. | ) | INDICTMENT |
| | ) | |
| AARON CHRISTOPHER LINDSEY, | ) | T. 18 U.S.C. § 922(g)(1) |
| | ) | T. 18 U.S.C. § 924(a)(2) |
| Defendant. | ) | T. 18 U.S.C. § 924(d) |
| | ) | T. 18 U.S.C. § 982(a)(2)(B) |
| | ) | T. 18 U.S.C. § 1014 |
| | ) | T. 18 U.S.C. § 1029(a)(4) |
| | ) | T. 18 U.S.C. § 1029(c)(1)(A)(ii) |
| | ) | T. 18 U.S.C. § 1029(c)(1)(C) |
| | ) | T. 28 U.S.C. § 2461(c) |

**THE GRAND JURY CHARGES:**

## COUNT 1
### (False Statements to a Financial Institution)

On or about September 4, 2021, in the Southern District of Iowa, the defendant, AARON CHRISTOPHER LINDSEY, knowingly made false statements for the purpose of influencing the action of River Valley Credit Union, an insured State-chartered credit union, in connection with an application and loan. Specifically, in a credit application and a credit union member application, both submitted in connection with financing for the purchase of a red 2018 Dodge Durango GT, the defendant, AARON CHRISTOPHER LINDSEY, knowingly falsely stated that his name was Kevin Grant and knowingly stated a false date of birth and a false social security number.

This is a violation of Title 18, United States Code, Section 1014.

1

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 2**
**(Possession of Device-Making Equipment)**

On or about September 30, 2021, in the Southern District of Iowa, the defendant, AARON CHRISTOPHER LINDSEY, knowingly and with intent to defraud, possessed device-making equipment, as defined in 18 U.S.C. § 1029(e), that is a HID Fargo HDP5000 Color Card Printer with serial number B9250516, a manually operated card cutter, and a Deftun magnetic stripe card reader/writer/encoder, said possession affecting interstate or foreign commerce.

This is a violation of Title 18, United States Code, Section 1029(a)(4) and 1029(c)(1)(A)(ii).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 3**
**(Felon in Possession of Firearm)**

On or about September 30, 2021, in the Southern District of Iowa, the defendant, AARON CHRISTOPHER LINDSEY, in and affecting commerce, knowingly possessed a firearm, namely one or more of the following:

1. a loaded Glock pistol, model 19, nine-millimeter caliber, with serial number BSCX579;

2. a loaded Stoeger pistol, model STR-9, nine-millimeter caliber, with serial number T6429-19U04857;

3. a loaded Glock pistol, model 43X, nine-millimeter caliber, with serial number BLCU117;

4. a loaded Glock pistol, model 43X, nine-millimeter caliber, with serial number BLPK394;

5. a loaded FMK Firearms pistol, model AR-1 Extreme, .300 caliber, with serial number FDE11303;

6. a loaded Del-Ton pistol, model DTI-15, 5.56-millimeter caliber, with serial number DTI-S217749;

7. a loaded Aero Precision pistol, model X15, 5.56-millimeter caliber, with serial number X291540; and

8. a Smith & Wesson revolver, model 642, .38 caliber, with serial number DMU9955.

At the time of the offense, the defendant knew he had been convicted of a crime punishable by a term of imprisonment exceeding one year.

This is a violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

**THE GRAND JURY FINDS:**

### NOTICE OF FORFEITURE

Upon conviction of an offense in violation of Title 18, United States Code, Section 1029 as set forth in Count 2 of this Indictment, the defendant, AARON CHRISTOPHER LINDSEY, shall forfeit to the United States of America --

(A) pursuant to Title 18, United States Code, Section 982(a)(2)(B), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violation;

(B) pursuant to Title 18, United States Code, Section 1029(c)(1)(C), any personal property used or intended to be used to commit the offense.

The property which is subject to forfeiture includes, but it is not limited to, the device-making equipment specified in Count 2 of this Indictment.

This is pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and 1029(c)(1)(C).

### THE GRAND JURY FURTHER FINDS:

### NOTICE OF FORFEITURE

Upon conviction for the offense alleged in Count 3 of this Indictment, the defendant, AARON CHRISTOPHER LINDSEY, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms, magazines, and ammunition involved in the commission of said offense, including, but not limited to, the firearms identified in Count 3 of this Indictment.

This is pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

**A TRUE BILL.**

_____
FOREPERSON

Richard D. Westphal
United States Attorney

By: _____
Adam J. Kerndt
Assistant United States Attorney